A. SAM & SONS PRODUCE CO., INC., Appellant-Respondent, v. SAMUEL CAMPESE et al., Respondents-Appellants.—

488

Lyons National Bank, Respondent, v. Harrie B. Moore, Appellant.

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.